IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES L. SPENCER and
BRANDY SPENCER                                                     PLAINTIFFS

VS.                                   Case No. 3:04CV00159 GH

DANIEL W. YOUNG, Individually and as Agent/Employee
of KEY POINT CARRIERS, LTD. , and KEY POINT
CARRIERS, LTD.                                                     DEFENDANTS

## ORDER OF DISMISSAL

It appearing to the Court that plaintiff Brandy Spencer and defendants have settled and compromised their differences and, upon motion of plaintiff, Brandy Spencer, with the consent of defendants,

IT IS CONSIDERED, ORDERED and ADJUDGED that plaintiff Brandy Spencer's complaint against defendants is hereby dismissed, with prejudice. The complaint of James L. Spencer remains pending before this Court.

IT IS SO ORDERED.

_George Howard, Jr._
UNITED STATES DISTRICT COURT JUDGE
DATE: _March 24, 2006._

PRECEDENT PREPARED BY:

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX:  (501) 376-9442

By _____
Kathryn A. Pryor (89206)
Attorneys for Defendants


APPROVED AS TO FORM:

By _____
Robert Scull
Attorney for Brandy Spencer