AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## *Eastern District of Arkansas*

JAMES L. SPENCER

JUDGMENT IN A CIVIL CASE

v.

DANIEL W. YOUNG and KEY POINT
CARRIERS LTD.

CASE NUMBER:   3:04CV00159 GH

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of defendant Daniel W. Young and against plaintiff on plaintiff's claim for damages.

Judgment is entered in favor of plaintiff and against defendant Key Point Carriers on Key Point Carriers claim for damages.

---

October 16, 2006

*Date*

James W. McCormack

*Clerk*

/s/  Patricia L. Murray

*(By) Deputy Clerk*